# GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

January 8, 2026

MEMO ENDORSED

VIA ECF

Hon. Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Oppenheimer & Co., Inc. v. Local Bounti Corporation*,
       Case No. 25 Civ. 8539 (S.D.N.Y.)

Dear Judge Failla:

    We represent Defendant Local Bounti Corporation in the above-referenced action.  With the consent of Plaintiff's counsel, we write to jointly request that the Court cancel the initial conference scheduled for January 15, 2026.

    The parties submitted their proposed case management plan yesterday, including an agreed-upon schedule that calls for the close of discovery within six months.  The parties have also conferred and have no issues to raise with the Court at the scheduled conference.  Accordingly, pursuant to Rule 3.B of the Court's Individual Rules for Civil Cases, we request that the conference be cancelled.  We also respectfully request that the Court refer this matter to a Magistrate Judge for a settlement conference.

                                        Respectfully submitted,

                                        *Joran Estes*
                                        Jordan Estes

cc: All counsel of record (by ECF)

The Court has reviewed the parties' joint letter (Dkt. #28) submitted alongside their proposed Case Management Plan (Dkt. #29) in advance of the initial pretrial conference scheduled for January 15, 2026, and has also reviewed the above supplemental letter (Dkt. #30).  The parties' application is GRANTED.  The Court hereby ADJOURNS *sine die* the initial pretrial conference.  Under separate cover, the Court will issue a Case Management Plan and a Referral Order to Magistrate Judge Stewart D. Aaron for a settlement conference.

The Clerk of Court is directed to terminate the pending motion at docket entry 30.

Dated:     January 8, 2026        SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE