**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **Oppenheimer & Co. Inc.,**<br><br>        **Plaintiff,**<br><br>    **-against-**<br><br>**Local Bounti Corporation,**<br><br>        **Defendant.** | **1:25-cv-08539 (KPF) (SDA)**<br><br>**ORDER SCHEDULING**<br>**SETTLEMENT CONFERENCE** |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, March 4, 2026, at 10:00 a.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, February 25, 2026).

**SO ORDERED.**

Dated:  New York, New York
     January 16, 2026

            _____
            STEWART D. AARON
            United States Magistrate Judge