# GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

April 16, 2026

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*Re:*    *Oppenheimer & Co. Inc. v. Local Bounti Corporation*, Case No. 1:25-cv-8539-KPF

Dear Judge Failla:

      We write on behalf of both parties in the above-referenced action to submit (1) a proposed Confidentiality Stipulation and Protective Order, and (2) a proposed Protocol for Discovery of Electronically Stored Information. The materials have been negotiated and agreed to by the parties, and the parties respectfully request that the Court review and sign both orders if they are acceptable. Thank you for your time and consideration.

Respectfully submitted,

*/s/* Jordan Estes

Jordan Estes

**Gibson, Dunn & Crutcher LLP**
200 Park Avenue  |  New York, NY 10166-0193  |  T: 212.351.4000  |  F: 212.351.4035  |  gibsondunn.com