UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OPPENHEIMER & CO. INC.,

Plaintiff,

-v.-

LOCAL BOUNTI CORPORATION,

Defendant.

25 Civ. 8539 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Pursuant to discussions with the parties during the July 23, 2026 post-fact discovery pretrial conference, it is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **February 8, 2027**, at **9:00 a.m.**;
- The parties' Joint Pretrial Order, motions *in limine*, pretrial memoranda of law, and proposed findings of fact and conclusions of law will be due **January 7, 2027**;
- Any opposition papers will be due **January 14, 2027**; and
- The final pretrial conference will be scheduled for **January 21, 2027**, at **3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The parties are instructed to comply with Rule 7 of the Court's Individual Rules of Practice in Civil Cases when submitting their pretrial materials.

SO ORDERED.

Dated: July 23, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge